**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Louis Rudisill,<br><br>   Plaintiff,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>   Defendants. | No. CV-17-00033-TUC-CKJ (MSA)<br><br>**ORDER** |

**Motion for Clarification of Court Order**

On June 17, 2020, Plaintiff filed a Request for Clarification of Court Order (Doc. 164) requesting confirmation that: (i) the Court's June 12, 2020 settlement conference has been postponed; (ii) he and the Arizona Department of Corrections will receive timely notice of the new date for the settlement conference; and (iii) the Court's April 21, 2020 Order (Doc. 161) extending the deadline to file a proposed pretrial statement/order to 14 days after an unsuccessful settlement conference remains in effect. (Doc. 164 at pp. 2-3)  The Court GRANTS Plaintiff's Request for Clarification in that it confirms the following information: (i) the Court's June 12, 2020 settlement conference with Magistrate Judge Aguilera has been postponed until the Court can rule on Plaintiff's Motion to Reconsider Appointment of Counsel (Doc. 162); (ii) both Plaintiff and the Arizona Department of Corrections will receive timely notice of any rescheduled settlement conference via Court Order; and (iii) the Court's April 21, 2020 Order extending

the deadline for the parties to file a proposed pretrial statement/order remains in effect.

Accordingly, IT IS ORDERED:

1. Plaintiff's [164] (Doc. 164) Motion for Clarification of Court Order is GRANTED.

2. The Court's previously scheduled June 12, 2020 settlement conference has been postponed.

3. Upon rescheduling of the settlement conference, the Court will issue an Order which sets forth the new settlement conference date, time, and location. Plaintiff and the Arizona Department of Corrections will receive timely notice of the Order.

4. The Court's April 21, 2020 Order extending the deadline for the parties to file a proposed pretrial statement/order remains in effect.

Dated this 18th day of June, 2020.

_____
Honorable Cindy K. Jorgenson
United States District Judge